## DAVIS V. GEARY ET AL.

A creditor accepting from his debtor a release of his equity of redemption in certain premises mortgaged to secure a debt, of more value than the debt in satisfaction of it, will operate as a payment of the interest of said debt.

ACTION upon a writing promising to pay the interest upon a certain execution for £257. Plea — Not guilty. By consent of parties, issue to the court.

The case was — The defendants owed the plaintiff by note which was upon interest, and to secure the payment of it, mortgaged a tract of land of much greater value than the debt; the plaintiff sued said note, recovered judgment upon it for the aforesaid sum, and took out execution, and to secure the interest upon said execution the writing aforesaid was given. Afterwards it was agreed, that the defendants should

release their equity of redemption in said mortgaged premises, and the plaintiff should accept of it in full satisfaction of said debt, without anything more explicit; and the defendants in execution of said agreement on their part made and delivered to the plaintiff a release of their equity of redemption in said mortgaged premises, which the plaintiff accepted: But neither said execution nor said promissory writing was indorsed or delivered up; and the mortgaged premises were of more value than said execution and the interest upon it.

By the COURT. Judgment must be for the defendants. For the agreement is clearly to be understood to extend to the interest on the execution secured by the writing on which, etc. as well as the principal debt in the execution.